IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOY L.J. PRYOR,

    Plaintiff,

v.                                                                    No. 14-cv-0701 SWS/SMV

METROPOLITAN LIFE INSURANCE COMPANY;
WHOLE FOODS MARKET BENEFITS
ADMINISTRATIVE COMMITTEE;
WHOLE FOODS MARKET, INC.; and
WHOLE FOODS MARKET SERVICES, INC.;

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    May 28, 2015, at 3:30 p.m.

**Matter to be heard**:  Discuss rescheduling the June 5, 2015 settlement conference

    A telephonic status conference is set for **May 28, 2015, at 3:30 p.m.** To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**