IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOY L.J. PRYOR,

    Plaintiff,

v.                                                                                No. 14-cv-0701 SWS/SMV

**METROPOLITAN LIFE INSURANCE COMPANY;**
**WHOLE FOODS MARKET BENEFITS**
**ADMINISTRATIVE COMMITTEE;**
**WHOLE FOODS MARKET, INC.; and**
**WHOLE FOODS MARKET SERVICES, INC.;**

    Defendants.

## SECOND AMENDED SCHEDULING ORDER

    THIS MATTER is before the Court on a telephonic status conference held on June 1, 2015. On agreement by the parties and in order to accommodate the settlement conference set for July 22, 2015, the Court amends the Scheduling Orders [Docs. 28, 32], as follows:

(1)     Plaintiff shall file her brief-in-chief by **August 5, 2015;**

(2)     Defendants shall file a Response no later than **September 8, 2015;**

(3)     Plaintiff may file a Reply no later than **October 8, 2015;**

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**